# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jackson, Jr., Stephen B. | United States District Court, Southern District of Iowa | 06/14/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Magistrate Judge (full-time) | ☐ Nomination Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

United States Courthouse
131 E. 4th Street
Davenport, IA 52801

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Secretary/Treasurer | Iowa Judges Association |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2010 | State of Iowa Judicial Retirement System, defined benefit pension, no control |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Jr., Stephen B. | 06/14/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | State of Iowa, District Court Judge - Salary | $16,275.78 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Self-employed progressional organizer |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. U.S. Bank | ▬▬▬▬▬▬ (Part VII., Line 1) | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Jr., Stephen B. | 06/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | ▢▢▢ /rental property, ▢▢▢ | E | Rent | M | R | | | | | |
| 2. | U.S. Bank Accounts | A | Interest | K | T | | | | | |
| 3. | IRA #1 (H) (on previous report this was IRA #3) | | | | | | | | | |
| 4. | - Power Shares DB Commodity Index Tracking Fund | A | Dividend | | | Sold | 12/28/15 | J | | |
| 5. | AQR Managed Futures Strategy | A | Dividend | J | T | Buy | 12/28/15 | J | | |
| 6. | - DFA Investment Grade | A | Dividend | J | T | | | | | |
| 7. | - DFA International Vector Equity | A | Dividend | J | T | | | | | |
| 8. | - DFA International Value | A | Dividend | J | T | | | | | |
| 9. | - DFA Emerging Markets Core Equity | A | Dividend | K | T | | | | | |
| 10. | - DFA Emerging Markets Value | A | Dividend | | | Sold | 9/2/15 | J | | |
| 11. | - DFA Emerging Markets Small Cap | A | Dividend | J | T | Buy | 9/2/15 | J | | |
| 12. | - DFA Global Fixed Income | A | Dividend | J | T | | | | | |
| 13. | - DFA International Core Equity | A | Dividend | K | T | | | | | |
| 14. | - DFA Short Term Extended Quality | A | Dividend | J | T | | | | | |
| 15. | - DFA US Large Cap Growth | A | Dividend | K | T | | | | | |
| 16. | - DFA US Vector Equity | A | Dividend | | | Sold | 9/2/15 | K | | |
| 17. | - DFA US Core Equity | B | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Jr., Stephen B. | 06/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - DFA One-Year Fixed Income | A | Dividend | J | T | | | | | |
| 19. - DFA US Targeted Value | B | Dividend | K | T | Buy | 9/2/15 | K | | |
| 20. | | | | | Buy (add'l) | 12/17/15 | J | | |
| 21. - DFA Two-Year Global Fixed Income | A | Dividend | J | T | | | | | |
| 22. - Diamond Hill Long Short | A | Dividend | J | T | | | | | |
| 23. - Permanent Portfolio | A | Dividend | J | T | | | | | |
| 24. - Vanguard Reit Index | A | Dividend | J | T | | | | | |
| 25. IRA #2 (H) (on previous report this was IRA #5) | | | | | | | | | |
| 26. - Power Shares DB Commodity Index Tracking Fund | A | Dividend | | | Sold | 12/28/15 | J | | |
| 27. - AQR Managed Future Strategy | A | Dividend | J | T | Buy | 12/28/15 | J | | |
| 28. - DFA Investment Grade | A | Dividend | J | T | | | | | |
| 29. - DFA International Vector Equity | A | Dividend | J | T | | | | | |
| 30. - DFA International Value | A | Dividend | J | T | | | | | |
| 31. - DFA Emerging Markets Core Equity | A | Dividend | J | T | | | | | |
| 32. - DFA Emerging Markets Value | A | Dividend | | | Sold | 9/2/15 | J | | |
| 33. - DFA Emerging Markets Small Cap | A | Dividend | J | T | Buy | 9/2/15 | J | | |
| 34. - DFA Global Fixed Income | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Jackson, Jr., Stephen B. | 06/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - DFA International Core Equity | A | Dividend | J | T | | | | | |
| 36. - DFA Short Term Extended Quality | A | Dividend | J | T | | | | | |
| 37. - DFA US Large Cap Growth | A | Dividend | J | T | | | | | |
| 38. - DFA US Vector Equity | A | Dividend | | | Sold | 9/2/15 | K | | |
| 39. - DFA US Core Equity | A | Dividend | K | T | | | | | |
| 40. - DFA US Targeted Value | A | Dividend | K | T | Buy | 9/2/2015 | K | | |
| 41. - DFA One-Year Fixed Income | A | Dividend | J | T | | | | | |
| 42. - DFA Two-Year Global Fixed Income | A | Dividend | J | T | | | | | |
| 43. - Diamond Hill Long Short | A | Dividend | J | T | | | | | |
| 44. - Permanent Portfolio | A | Dividend | J | T | | | | | |
| 45. - Vanguard Reit Index | A | Dividend | J | T | | | | | |
| 46. IRA #3 (H) (on previous report this was IRA #7) | | | | | | | | | |
| 47. - Discover Bank Cash Acct | A | Interest | | | Sold | 12/21/15 | J | | |
| 48. - Goldman Sachs Bank USA Cash Acct | A | Interest | J | T | Buy | 12/21/15 | J | | |
| 49. - Russell Lifepoints Fund Growth Strategy | A | Dividend | J | T | | | | | |
| 50. TIAA CREF 457(b)(H) | | | | | | | | | |
| 51. - TIAA CREF Lifecycle 2030 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Jr., Stephen B. | 06/14/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. TIAA CREF 401(a)(H) | | | | | | | | | |
| 53. - TIAA CREF S&P 500 Index | A | Dividend | J | T | | | | | |
| 54. 529 Plan #1 (H) | | | | | | | | | |
| 55. - BlackRock Mod 13-16 Age Based Option | A | Dividend | J | T | | | | | |
| 56. - BlackRock Aggressive Growth | A | Dividend | J | T | | | | | |
| 57. 529 Plan #2 (H) | | | | | | | | | |
| 58. - Amcap Fund | B | Dividend | J | T | | | | | |
| 59. - American Balanced Fund | A | Dividend | J | T | | | | | |
| 60. - American High Income Trust | A | Dividend | J | T | | | | | |
| 61. - Capital Income Builder | A | Dividend | J | T | | | | | |
| 62. - Capital World Growth and Income | A | Dividend | J | T | | | | | |
| 63. - Fundamental Investor | A | Dividend | J | T | | | | | |
| 64. - Growth Fund of America | A | Dividend | J | T | | | | | |
| 65. 529 Plan #3 (H) | | | | | | | | | |
| 66. - Ohio Tuition Trust Fifth Third Cash Account | A | Interest | M | T | Buy | 12/11/15 | K | | |
| 67. Trust #1 (H) (Beneficiary) | | | | | | | | | |
| 68. - American Funds Money Market A | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Jr., Stephen B. | 06/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - American Funds Bond Fund of America A | A | Dividend | J | T | | | | | |
| 70. - American Funds Capital World Bond Fund A | A | Dividend | J | T | | | | | |
| 71. Trust #2 (H) (Beneficiary) | | | | | | | | | |
| 72. - Lincoln Universal Life Insurance | B | Interest | K | T | | | | | See note in Part VIII |
| 73. Trust #3 (H) (Beneficiary) | | | | | | | | | |
| 74. - Transamerica Universal Life Insurance | C | Interest | L | T | | | | | See note in Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Jackson, Jr., Stephen B. | 06/14/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII. Investments and Trusts.  DFA is abbreviation for Dimensional Fund Advisors.

Section VII. Investments and Trusts.   Trust #2 and Trust #3 were each initiated in 2015, and hold the assets previously listed on Lines 90 and 91, respectively in the prior year's report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Stephen B. Jackson, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544